PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2020

SEAN F. McAVOY, CLERK

DEFENDANT:  **LI XIAOYU**

TOTAL NO. COUNTS:  **11**

VIO:  **18 U.S.C. §§ 371, 1030(a)(2)(B), (a)(2)(C), (a)(5)(A),
Conspiracy to Access Without Authorization and Damage Computers (Count 1)**

PENALTY:  **CAG not more than 5 years;
and/or $250,000 fine;
not more than 3 years of supervised release; and,
a $100 special penalty assessment**

VIO:  **18 U.S.C. § 1832(a)(1-3), (a)(5)
Conspiracy to Commit Theft of Trade Secrets (Count 2)**

PENALTY:  **CAG not more than 10 years;
and/or $250,000 fine;
not more than 3 years of supervised release; and,
a $100 special penalty assessment**

VIO:  **18 U.S.C. § 1030(a)(2)(B), (a)(2)(C), (b), (c)(2)(B)(ii)
Unauthorized Access to Computers (Count 3)**

PENALTY:  **CAG not more than 5 years;
and/or $250,000 fine;
not more than 3 years of supervised release; and,
a $100 special penalty assessment**

VIO:  **18 U.S.C. §§ 1349, 1343
Conspiracy to Commit Wire Fraud (Count 4)**

PENALTY:  **CAG not more than 20 years;
and/or $250,000 fine;
not more than 3 years of supervised release; and,
a $100 special penalty assessment**

VIO: **18 U.S.C. §§ 1028A, 2**
     **Aggravated Identity Theft (Counts 5-11)**

PENALTY: **CAG mandatory sentence of 2 years to run consecutive to the penalty imposed pursuant to any other enumerated felony offense(s);**
**and/or $250,000 fine;**
**not more than 1 year supervised release;**
**$100 special penalty assessment**

**18 U.S.C. §§ 982(a)(2)(B), 1030(i)(1)**
**Forfeiture Allegations**

CASE NO.  4:20-CR-6019-SMJ-1

AUSA INITIAL    JAG