## Other Orders/Judgments
4:20-cr-06019-MKD USA v. Xiaoyu et al

**Eastern District of Washington**

**U.S. District Court**

### Notice of Electronic Filing



The following transaction was entered on 3/6/2024 at 8:13 AM PST and filed on 3/6/2024
**Case Name:**        USA v. Xiaoyu et al
**Case Number:**      4:20-cr-06019-SAB
**Filer:**
**Document Number:** 22(No document attached)

**Docket Text:**
ORDER REASSIGNING CASE as to Jiazhi Dong (2) and Li Xiaoyu (1). Case reassigned to Chief Judge Stanley A Bastian for all further proceedings. Judge Mary K. Dimke no longer assigned to case. TEXT ORDER ONLY. NO PDF ATTACHED. Signed by Chief Judge Stanley A Bastian. (RG, Chief Deputy)

**4:20-cr-06019-SAB-2 Notice has been electronically mailed to:**

Patrick J Cashman     usawae.pcashmanecf@usdoj.gov, Anthony.Rech@usdoj.gov, CaseView.ECF@usdoj.gov, Darcy.Markham@usdoj.gov

Scott K McCulloch     scott.mcculloch@usdoj.gov

**4:20-cr-06019-SAB-2 Notice has been delivered by other means to:**

**4:20-cr-06019-SAB-1 Notice has been electronically mailed to:**

Patrick J Cashman     usawae.pcashmanecf@usdoj.gov, Anthony.Rech@usdoj.gov, CaseView.ECF@usdoj.gov, Darcy.Markham@usdoj.gov

**4:20-cr-06019-SAB-1 Notice has been delivered by other means to:**

Scott K McCulloch
Department of Justice Trial Attorney
National Security Division

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Thomas S. Foley United States Courthouse, Room 840
Spokane, Washington 99201
Mailing: P.O. Box 1493
Spokane, WA 99210

OFFICIAL BUSINESS



SPOKANE WA 990
6 MAR 2024 PM

US POSTAGE
$ 00.64
First-Class
Mailed From 99201
03/06/2024
032A 0061854519

RECEIVED
MAR 21 2024
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

Scott K McCulloch
Department of Justice Trial Attorney
National Security Division
600 E Street NW
Washington, DC 20004

NIXIE      207  DE 1         0003/14/24
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 99210149393      *1929-06683-06-42